**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                          RE:    Thomas P. RUTTER
                                   Docket Number:   2:06CR00497-01
                                   **SUPERVISED RELEASE MODIFICATION**

Your Honor:

On February 1, 2007, at the recommendation of the probation officer and the approval of both the defendant and defense counsel, Your Honor ordered Mr. Rutter's conditions of supervision to be modified to include the following special condition:

1. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

Pursuant to Your Honor's request, the following Memorandum is submitted to document the recent modification made to Mr. Rutter's conditions of supervised release.

                          Respectfully submitted,

                          /s/ Phil R. Hendley, Jr.

                          **Phil R. Hendley, Jr.
                          United States Probation Officer**

Dated:       February 7, 2007
               Modesto, California
               PRH/lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                           **Deborah A. Spencer
                           Supervising United States Probation Officer**

**RE:** Thomas P. RUTTER
**Docket Number:   2:06CR00497-01**
**SUPERVISED RELEASE MODIFICATION**

---

**THE COURT ORDERS:**

( X )   As ordered in Court on February 1, 2007, Mr. Rutter's conditions of supervision are modified to include:  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

| 2/8/2007 | /s/ David F. Levi |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   William S. Wong
      Assistant United States Attorney

      Jeff Staniels
      Defense Counsel