# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**THOMAS P. RUTTER**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:06CR00497 01**<br><br>L. NEGIN FOR J. STANIELS, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges  1, 2, AND 5  as alleged in the violation petition filed on 3/15/2007 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | USE OF A CONTROLLED SUBSTANCE | 10/28/06; 12/5/06; 1/16/07; 2/8/07; 2/27/07; 3/3/07 |
| 2 | FAILURE TO REPORT FOR URINE TESTING | 8/3/06; 1/21/07; 1/22/07; 2/5/07 |
| 5 | FAILURE TO PARTICIPATE IN AN INPATIENT DRUG AND ALCOHOL TREATMENT PROGRAM | 3/12/2007 |

The court:  [✔] revokes supervision heretofore ordered on  7/23/1997  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charges 3 AND 4 are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| 5/10/2007 |
| Date of Imposition of Sentence |
| |
| /s/ David F. Levi |
| Signature of Judicial Officer |
| |
| **HON. DAVID F. LEVI**, United States District Judge |
| Name & Title of Judicial Officer |
| |
| May 17, 2007 |
| Date |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 MONTHS . NO SUPERVISION TO FOLLOW.

IT IS FURTHER ORDERED THAT ANY PREVIOUSLY IMPOSED CRIMINAL MONETARY PENALTIES SHALL REMAIN IN EFFECT.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends that the defendant be incarcerated at the Herlong, California facility, but only insofar as this accords with security classification and space availability.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal